# EXHIBIT E

**From:** Russ Larry < russ@rak aw.com>
**Subject: Re: FYI - JENNA/KKF -**
**Date:** December 11, 2020 at 1:34:32 PM PST
**To:** Cu en Jeanne < eanne@kr spykrunchy.com>

Jeanne:

P ease do not add new substant ve terms that we have not d scussed n the Long Form.  Let's keep th s as c ean and s mp e as poss b e.

Larry Russ
**Russ, August & Kabat** | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, California  90025
Main +1 310-826-7474 | Direct +1 310-979-8210 | lruss@raklaw.com | www.raklaw.com

> On Dec 11, 2020, at 1:30 PM, Jeanne Cu en <jeanne@kr spykrunchy.com> wrote:
>
> Thanks.
>
> **From:** Russ Larry <lruss@raklaw.com>
> **Sent:** Friday, December 11, 2020 3:23 PM
> **To:** Cullen Jeanne <Jeanne@krispykrunchy.com>
> **Cc:** Diaz Lupe <lcdiaz@raklaw.com>
> **Subject:** Fwd: FYI - JENNA/KKF - ORDER RE RLE 26(f) Fwd: 4137-02
>
> fyi
>
> Larry Russ
> **Russ, August & Kabat** | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, California  90025
> Main +1 310-826-7474 | Direct +1 310-979-8210 | lruss@raklaw.com | www.raklaw.com
>
>> Begin forwarded message:
>>
>> **From:** Lupe Diaz <lcdiaz@raklaw.com>
>> **Subject: FYI - JENNA/KKF - ORDER RE RLE 26(f) Fwd: 4137-02**
>> **Date:** December 11, 2020 at 1:20:23 PM PST

> > > **To:** Russ Larry <lruss@raklaw.com>