# EXHIBIT F

| # | CUSTOMER | STORE NAME | CITY | STATE | NOTES |
|---|---|---|---|---|---|
| 1 | Shayan Minae | Washington 76 | Whittier | CA | Will testify to success of Commerce store (more than doubled business), also knowledge re: Circle K |
| 2 | Saeed Sadvandi | Main Street Circle K | Riverside | CA | Will testify to origin of Krispy Krunchy/Circle K relationship, which was originated through Jenna |
| 3 | Elizabeth AlAbbasi | Lake Chevron | Perris | CA | Chevron ExtraMile with five locations; will testify to Jenna's effectiveness |
| 4 | Jay Bajaria | Hawthorne Fuels | Hawthorne | CA | First Chevron ExtraMile who has two more stores on the books and helped get Jenna Chevron Corporate account |
| 5 | Vladimir Vardanian | Armag Shell | East Los Angeles | CA | Will testify to sales increase through Jenna |
| 6 | Dheerj Sulakhe | Circle K Rialto | Rialto | CA | Will testify to sales increasing more than 50% through Jenna |
| 7 | Set Hui Han | Circle K Western | Los Angeles | CA | Will generally testify to improvement of sales through KKC program |
| 8 | Ming Ye | Food Lane Inn | Marina Del Rey | CA | Will testify to Jenna's aid in co-branding KKF with a chinese restaurant and increasing sales |
| 9 | G. Tom Prewitt | GT Petroleum | Riverside | CA | Will generally testify to improvement of sales through KKC program |
| 10 | Hari Sidhu | H&M Oil | Riverside | CA | Will generally testify to improvement of sales through KKC program |
| 11 | Hani Maksimous | I-10 Mobil | Indio | CA | Will generally testify to improvement of sales through KKC program |
| 12 | Trent Yamauchi | Big T Mini Mart | Alhambra | CA | Will testify to Jenna's help in arranging and improving KKF franchise |
| 13 | Gaby Azar | Rivergrade Service | Irwindale | CA | Will testify to transformation of KKC location into lunch and dinner destination |
| 14 | Nivin Youssef | Haven Mini Mart | San Bernardino | CA | Will testify to a successful location near Ontario airport |
| 15 | Chand Ravaliya | Anthem Oil Ontario | Ontario | CA | Will generally testify to improvement of sales through KKC program |
| 16 | Chand Ravaliya | Covina Chevron | Covina | CA | Will generally testify to improvement of sales through KKC program |
| 17 | Marwan AlAbbasi | Homeland Circle K | Hemet | CA | Will generally testify to improvement of sales through KKC program |
| 18 | Elizabeth AlAbbasi | Maya Chevron | Beaumont | CA | Will generally testify to improvement of sales through KKC program |
| 19 | Shayan Minae | Valley 76 | La Puente | CA | Will testify to growth of Circle K business as a Rep and Operator; rebuts Circle K issues claimed by KKF. |
| 20 | Russell Efrtekharian | Circle K Fullerton | Fullerton | CA | Will generally testify to improvement of sales through KKC program |
| 21 | Rhonda Howe | Civic Energy | Yuba City | CA | Will testify to growth of Circle K business; rebuts Circle K issues claimed by KKF. |
| 22 | Trinna Gaviota | Evergreen Valero | San Jose | CA | Will testify to growth of Circle K business; rebuts Circle K issues claimed by KKF. |
| 23 | Borham Homran | Gazzall's Supermarket | Oakland | CA | Highest grossing store in San Francisco and five other locations, will testify to Jenna's effectiveness |
| 24 | Saeed Sharif | Golden 7 Quick Stop | Richmond | CA | Long term custmer, three locations, will testify to Jenna's effectiveness. |
| 25 | Anwar Imtair | 3 M Mom & Pop | Richmond | CA | Will testify that Markowitz helped more than double a store's business and lead to a second location |
| 26 | Abdul Alkablany | 505 Market | Daly City | CA | Will testify to success of KKF through Markowitz, and opening of second location |
| 27 | Parmjit Singh | Bell Arco | Sacramento | CA | Will testify that sales increased more than eightfold with Jenna's help. |
| 28 | Simon Gil | Circle K W. Sacramento | West Sacramento | CA | Will testify to tripling of sales with Jenna's help, also rebuts Circle K issues claimed by KKF. |
| 29 | Brad Barnett | Sierra Energy | Dutch Flat | CA | Will testify to Jenna's effectiveness through 14 locations. |
| 30 | Mahmoud Faquiryan | Circle K Westley | Westley | CA | Will testify to growth of Circle K business as a Rep and Operator; rebuts Circle K issues claimed by KKF. |
| 31 | Borham Homran | TL Kitchen | San Francisco | CA | Busiest store in the system in Downtown San Francisco; will testify to Jenna's effectiveness. |
| 32 | Oscar Quiambao | Winton Valero | Hayward | CA | Jenna assisted in design of Hayward store, will testify to Jenna's effectiveness. |
| 33 | David Zhu | Park Blvd Express | San Diego | CA | First location in San Diego will testify that KKC help change his life |
| 34 | Sam Nino | Circle K Cabazon | Cabazon | CA | |
| 35 | John Hall | Halls Krispy Krunchy | Los Angeles | CA | |
| 36 | Moussa Karimi | Hemet East Center | Hemet | CA | |
| 37 | Chris Huiard | La Perla Market | Hemet | CA | |
| 38 | Daniel Salgado | Mountain Sky Travel | Anza | CA | |
| 39 | Bhattarai Porti (Bobby) | PMM Long Beach | Long Beach | CA | |
| 40 | Mike Diab | Ramon Gas | Palm Springs | CA | |
| 41 | Ricky Singh | Vermont Center Market | Los Angeles | CA | |
| 42 | Vic Sayadyan | Wilimington 76 | Wilmington | CA | |
| 43 | Aren Kurkjian | Sierra Chevron | Fontana | CA | |
| 44 | Kuldip Singh | 9th Street Circle K | San Bernardino | CA | |
| 45 | Vic Sayadyan | Circle K North Hollywood | North Hollywood | CA | |
| 46 | Money Samra | Yermo Shell | Yermo | CA | |
| 47 | Ike Mephors | California Mini Mart | Perris | CA | |
| 48 | Craig Mooneyham | Circle K Atwater | Atwater | CA | |
| 49 | Nissan Ghorman | Woodland Shell | Woodland | CA | |

| # | Name | Business | City | State |
|---|---|---|---|---|
| 50 | Kamal Sivia | Cottonwood Chevron | Cottonwood | CA |
| 51 | Gino Macedo | Country Junction Chevron | Byron | CA |
| 52 | Suleman Lukhani | Jack's Liquor Dinomart | Visalia | CA |
| 53 | Hailang Weng (Echo) | KKC & Ramen | San Diego | CA |
| 54 | Nilesh Singh | National Petroleum | Oakland | CA |
| 55 | Marwan AlAbbasi | Chris's Shell | Perris | CA |
| 56 | Randall Aycock | Oakdale Shell | Oakdale | CA |
| 57 | Lawrence Kourie | Oil & Water Chula Vista | Chula Vista | CA |
| 58 | Valarie Peluso | Penryn 76 | Penryn | CA |
| 59 | Nilesh Singh | Pious Petroleum | Oakland | CA |
| 60 | Pete Hejny | Rocket Madera | Madera | CA |
| 61 | Lawrence Kourie | Temecula Oil & Water | Temecula | CA |
| 62 | Mohammad Bilal | Fast N Easy Morada | Stockton | CA |
| 63 | Sunny Singh | Amity Market | Amity | OR |
| 64 | Casey Hayes | Andretti Group | Grants Pass | OR |
| 65 | Zak Devore | buy2 Stores Commerce | Eugene | OR |
| 66 | Duane Shields | Short Line Express | Las Vegas | NV |
| 67 | Don Sidhu | T/A Express | Wasco | OR |
| 68 | Yasir Okla | Rebel 414 | Las Vegas | NV |
| 69 | Randy Shores | Golden Gate Petroleum | Reno | NV |
| 70 | Fasal Kahn | Cathcart Chevron | Snohomish | WA |
| 71 | Sunny Singh | Circle K McMinville | McMinville | OR |
| 72 | David Lee | Cornelius Food & Gas | Cornelius | OR |
| 73 | Tammy Haynes | Douglas County Farmers | Roseburg | OR |
| 74 | Rajiv Kumar | Main Street Market | Lincoln City | OR |
| 75 | Mike Sachr | Mill Creek Chevron | Bothell | WA |
| 76 | Edgar Garcia | Peak Mart | Las Vegas | NV |
| 77 | Herve Alain | Riverside Resort | Laughlin | NV |
| 78 | Gurdev Mann | South Park Chevron | Seattle | WA |
| 79 | Chris Huiard | Space Age #14 | Clackamas | OR |
| 80 | Lal Sidhu | US Markets #104 | Newport | OR |