# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **KRISPY KRUNCHY FOODS L L C** | **CASE NO. 6:20-CV-01424 LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JENNA MARKETING L L C** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Now before the Court is the motion to transfer filed by defendant Jenna Marketing, LLC. (Rec. Doc. 19). This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to transfer now before the Court (Rec. Doc. 19) is DENIED.

THUS DONE AND SIGNED in Chambers on this 11th day of May, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**