UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KRISPY KRUNCHY FOODS L L C** | **CASE NO. 6:20-CV-01424 LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JENNA MARKETING L L C** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## AMENDED JUDGMENT

Before this Court is a motion to dismiss filed by defendant Jenna Marketing, LLC (Rec. Doc. 20). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to dismiss filed by defendant (Rec. Doc. 20) DENIED.

**THUS DONE AND SIGNED** in Chambers this 6th day of October, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE